IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYON S. REESE,

    Plaintiff,

v.

B. NEUMEIR, MICHAEL MEISNER,
M. GETTMAN, KAREN ANDERSON,
M. MASHKA, DR. DALIA SULIENE,
DR. HOFFMAN and DR. SYED and
JOHN AND JANE DOE, health service
workers,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-400-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1) dismissing plaintiff's Eighth Amendment claims against B. Neumeir, Michael Meisner, M. Gettman, Karen Anderson, M. Mashka, Dr. Dalia Suliene, Dr. Hoffman, Dr. Syed and Jane and John Doe health service workers with prejudice for failure to state a claim upon which relief may be granted; and

    3) dismissing plaintiff's state law claims against all of the defendants without prejudice to his refiling them in state court.

    /s/                                                                    11/2/2015

Peter Oppeneer, Clerk of Court                                     Date