IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYON S. REESE,

    Plaintiff,

v.

B. NEUMEIR. et al.,

    Defendants.

ORDER

Case No. 15-cv-400-bbc

RYON S. REESE,

    Plaintiff,

v.

MICHAEL DITTMAN. et al.,

    Defendants.

ORDER

Case No. 16-cv-303-bbc

After plaintiff filed these cases, this court entered orders assessing plaintiff initial partial payments of the filing fee for each case, which plaintiff has paid. Plaintiff has been making monthly installment payments since then. Now, plaintiff has submitted a motion for an order directing prison officials to postpone or combine the payments of the filing fees for these cases.

Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute must pay the $350 filing fee, first by making an initial partial payment and then by sending the remainder of the fee to the court in installments of 20% of the preceding month's income, in accordance with 28 U.S.C. § 1915(b)(2). This court is bound by the provisions of the Prison Litigation Reform Act and has no discretion to

1

modify this method or to exempt any part of plaintiff's income from withholding. Accordingly, his motion will be denied.

ORDER

IT IS ORDERED that plaintiff Ryon S. Reese's motion for an order directing prison officials to combine or postpone the payment of the filing fees in these cases is DENIED.

Entered this 16th day of September, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge